[No. 32089-4-II.   Division Two.   June 21, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JED CALEB GOODMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 04-1-01069-1, Barbara D. Johnson, J., entered August 4, 2004. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Van Deren, JJ.

[No. 32099-1-II.   Division Two.   June 21, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES EDWIN HAUSNER, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 03-1-01383-6, Theodore F. Spearman, J., entered August 2, 2004. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Bridgewater and Hunt, JJ.

[No. 32113-1-II.   Division Two.   June 21, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. C.V., *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 03-8-00872-8, Scott Neilson, J. Pro Tem., entered August 12, 2004. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton and Armstrong, JJ.

[No. 22730-8-III.   Division Three.   June 23, 2005.]

MILAN JECKLE, *Appellant*, v. THE WASHINGTON STATE ATTORNEY GENERAL'S OFFICE, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-2-01339-7, Larry M. Kristianson, J., entered January 7, 2004. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kato, C.J., and Kurtz, J.